**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF ARKANSAS
RICHARD SHEPPARD ARNOLD UNITED STATES COURTHOUSE
600 W. CAPITOL, ROOM A403
LITTLE ROCK, ARKANSAS 72201-3325
(501) 604-5140
Facsimile (501) 604-5149

**December 6, 2011**

Mr. Matthew Adlong
Brazil, Adlong, Mickel, & Winningham PLC
1315 Main Street
Conway, AR 72034

Ms. Sara Teague
Ms. Tracey Dennis
Arkansas Municipal League
Post Office Box 38
North Little Rock, AR 72115-0038

Mr. Michael S. Robbins
Robbins & Capp
Post Office Box 1306
Russellville, AR 72811-1306

Mr. Russell Allen Wood
Wood Law Office, P.A.
501 East 4th Street, Suite 4
Russellville, AR 72801

  Re: *Wilson et al v. City of Morrilton Arkansas, et al*, 4:10-CV-01184-BRW

Dear Counsel:

I will enter an order on the Motion for Summary Judgment soon.

All parties except Mayor Kirby should be prepared to go to trial next week as scheduled.

              Cordially,

              /s/ Billy Roy Wilson

Original to the Clerk of the Court